The parties' request is GRANTED. The Initial Pretrial Conference previously scheduled for October 7, 2026, at 10:00 a.m. is RESCHEDULED for **October 27, 2026 at 2:30 p.m.** The conference will is converted to a remote Microsoft Teams video conference. Counsel will receive log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 111 011 994# .

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 15.

Dated: September 16, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

EPSTEIN BECKER GREEN

Attorneys at Law

David W. Garland
t 212.351.4708
f 212.878.8600
DGarland@ebglaw.com

September 15, 2026

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***Anastasiya Shkurko v. Axonius, Inc.***
**Civil Action No. 1:25-cv-10621**

Dear Judge Rochon:

We represent Defendant Axonius, Inc. ("Axonius") in the above-referenced action. Pursuant to Section 1.F of Your Honor's Individual Rules of Practice in Civil Cases, we respectfully submit this joint letter motion requesting an adjournment of the Initial Pretrial Conference currently scheduled for October 7, 2026, at 10:00 a.m. The undersigned is scheduled to begin a trial in another matter during the week of September 28, 2026, which is expected to last approximately three weeks and will extend through and beyond the current conference date.

We respectfully propose the following three mutually agreeable alternative dates:

1. October 27, 2026
2. October 28, 2026
3. November 2, 2026.

This is the parties' first request for an adjournment, and no prior request has therefore been granted or denied. This adjournment will not affect any other scheduled dates, as no Case Management Plan and Scheduling Order has yet been entered in this action.

In addition, pursuant to Section 2.A of Your Honor's Individual Rules of Practice in Civil Cases, the parties jointly request that the rescheduled conference be conducted remotely rather than in person. Plaintiff's lead counsel (Mr. Schiff) is located in Villanova, Pennsylvania, meaning that in-person attendance would lead to increased time and expense for him and his client.

We thank the Court for its consideration of these requests.

Respectfully submitted,

David W. Garland

cc: All Counsel of Record via ECF